USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __7/13/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

RAYNARD HARDY,

                  Defendant.
-----------------------------------------------------------X

ORDER

21 Cr. 0432 (ER)

Ramos, D.J.:

The arraignment in this matter is scheduled to occur as a teleconference on **July 14, 2021 at 10:30 am**.

Counsel and defendants are instructed to call **(877) 411-9748** and enter access code **3029857#** when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

It is SO ORDERED.

Dated: July 13, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.