U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __7/28/2021__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2021

**By ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The August 3 pretrial conference is adjourned to August 13, 2021, at 10:30 a.m., and will occur remotely by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted. Speedy trial time is excluded from August 3, 2021 to August 13, 2021, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __7/28/2021__
> New York, New York

Re:     *United States v. Raynard Hardy*, 21 Cr. 00432 (ER)

Dear Judge Ramos:

**MEMO ENDORSED**

The Government writes to request a one-week adjournment of the status conference currently scheduled in the above-captioned case on August 3, 2021 at 3:30 pm. Defense counsel consents to the request. The parties are available for a pretrial conference on August 10, 11, and 13.

Pursuant to the Court's order, the Government is producing discovery to the defense on July 28. Defense counsel has also requested a *Pimentel* letter, which the Government will provide at the end of the week. In light of the timing of the pretrial conference, defense counsel would like additional time to review discovery and the *Pimentel* letter and then consult with his client before appearing at the next pretrial conference.

The Government also requests that the Court exclude time between August 3 and the next-scheduled conference. Defense counsel also consents to this request.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by:   ___/s/ Edward C. Robinson Jr.____
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637- 2273