USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

RAYNARD HARDY,

                Defendant.

**ORDER**

21 Cr. 432 (ER)

Ramos, D.J.:

    The C.J.A. attorney assigned to this case, Leonardo M. Aldridge, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Michael J. Gilbert**.

SO ORDERED.

Dated: New York, New York
         October 29, 2021

                                                    Edgardo Ramos, U.S.D.J.