*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/13/2021

December 13, 2021

**MEMO ENDORSED**

> The pretrial conference is adjourned to January 12, 2022 at 10:30 a.m. Speedy trial time is excluded from December 15, 2021 until January 12, 2022 by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/13/2021
> New York, New York

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Raynard Hardy*, **21 CR 00432 (ER)**

Dear Judge Ramos:

    The parties write to request an adjournment of the status conference currently scheduled in the above-captioned case on December 15, 2021 at 4:00 a.m. The parties are available for a pretrial conference on January 10, 11, and 12.

    The Government and defense counsel are engaged in discussions concerning a possible disposition. Defense counsel would like additional time to consult with his client before appearing at the next pretrial conference.

    The Government also requests that the Court exclude time between December 15 and the next-scheduled conference. Defense counsel also consents to this request.

                              Very truly yours,

                                DAMIAN WILLIAMS
                                United States Attorney

                     by: /s/ Edward C. Robinson Jr.
                        Edward C. Robinson Jr.
                        Assistant United States Attorney
                        (212) 637-2273

cc: Counsel (ECF)