**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Michael J. Gilbert
212.896.0611 direct
mgilbert@sheppardmullin.com

May 3, 2022

File Number: 0009-344685

Via ECF
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/9/2022

**MEMO ENDORSED**

Re:   United States v. Raynard Hardy
      Case No.: 21 CR-00432 (ER)

Dear Judge Ramos:

Raynard Hardy, the defendant in the above-captioned case, is scheduled to be sentenced on May 18, 2022. With the consent of the government, I respectfully request the sentencing be adjourned to a date and time convenient for the Court on May 25, 26 or 27. The reason for this request is that I forwarded the first disclosure of the Pre-Sentence Report to Mr. Hardy at the Essex County Jail. Unfortunately, there has been a delay at the facility in getting it to Mr. Hardy.

Respectfully submitted,

/s/ Michael J. Gilbert

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4861-3552-9502.1
cc:   Counsel (ECF)

---

Sentencing is adjourned to June 1, 2022 at 11 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 5/9/2022
New York, New York