**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Michael J. Gilbert
212.896.0611 direct
mgilbert@sheppardmullin.com

File Number: 0009-344685

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/17/2022

May 16, 2022

Via ECF
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Raynard Hardy
      Case No.: 21 CR-00432 (ER)

Dear Judge Ramos:

Raynard Hardy, the defendant in the above-captioned case, is scheduled to be sentenced on June 1, 2022. Pursuant to Your Honor's Individual Practices, defendant's sentencing submission is to be served two weeks in advance of the date set for sentence, which would be Wednesday, May 18, 2022. With the consent of the government, we respectfully request an extension to Friday, May 20, 2022 to serve defendant's sentencing submission.

Respectfully submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Counsel (ECF)

---

Defendant's sentencing submission is now due May 20, 2022.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 5/17/2022
New York, New York